### HERD v. BISSEL.
Parol evidence not admissible to explain or contradict writings.

ACTION on note. Issue to the jury, on a plea of payment in part, and a tender of a sum in full. On the note was indorsed, April, A. D. 1789, £15 13s. 4d.; and the defendant produced a receipt from the plaintiff, dated 23d of June, A. D. 1789, for the sum of £15 11s.; the plaintiff said these were one and the same sum, and offered parol evidence to prove it.

But by the COURT. Parol evidence may not be admitted to contradict the writing, which must speak for itself; and the receipt and indorsement are so different dates, and for different sums.

### TREASURER v. PATTEN.
Where the penalty of a bond is prescribed by statute, the court will not undertake to chancer it.

ACTION for the penalty of a bond given to oblige the defendant to observe the laws respecting excise. Verdict for the plaintiff, and the £200 penalty.

Defendant moved the court to chancer said bond.

By the COURT. There is no power short of the legislature, can do it; for it is the sum prescribed by an act of the legislature.